UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 23753
   ESTEVAN A AVILEZ

                              CHAPTER 13

                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7652

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/09/08 .

   2.  The case was dismissed without confirmation, 12/05/2008.

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY CLERK | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARE ONE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER           , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

```
Dated: 03/13/09                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                      PAGE   2
        CASE NO. 08 B 23753 ESTEVAN A AVILEZ
```